%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   **Category No.** ___I___   **Investigating Agency** FDA/OCI; FBI; VA OIG; DCIS; USPIS

**City** **Framingham, MA**   **Related Case Information:** 14CR10363

**County** **Middlesex**

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant ___x___   New Defendant _Boat_
Magistrate Judge Case Number _____
Search Warrant Case Number _see attached sheet_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Glenn A. Chin   Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address   (City & State) 173 Mechanic Street, Canton, Massachusetts

Birth date (Yr only): 1968   SSN (last4#): 6167   Sex M   Race: Asian   Nationality: USA

**Defense Counsel if known:**   Stephen Weymouth   Address Weymouth Law

**Bar Number** _____   65a Atlantic Avenue
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese   Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**   09/04/2014

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Chief MJ Boal   on September 4, 2014

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 77

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   December 16, 2014   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Glenn A. Chin    _____

**U.S.C. Citations**

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    18 U.S.C. s. 1962(c) | Racketeering | 1 |
| Set 2    18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 3    18 U.S.C. s. 1341 | Mail Fraud | 4-31, 36, 38, 44-56 |
| Set 4    21 U.S.C. s. 351(a)(2)(A), 331(a), and 333(a)(2) | Introduction of Adulterated Drugs into Interstate Commerce with Intent to Defraud and Mislead - Insanitary Conditions | 57-84, 89, 90 |
| Set 5    21 U.S.C. s. 352(a), 331(a), and 333(a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with the Intent to Defraud and Mislead - False and Misleading Labeling | 93, 94 |
| Set 6    18. U.S.C. s. 2 | Aiding and Abetting | 57-84, 89, 90, 93, 94 |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

## District Court Case Number:

14-cr-10260-MLW  (This is a related case.)

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No.  I   Investigating Agency  FDA/OCI; FBI; VA OIG; DCIS; USPIS

**City**   Framingham, MA   **Related Case Information:**   14 CR 10363-

**County**   Middlesex   Superseding Ind./ Inf.   Case No.  Beal
Same Defendant   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number  see attached sheet
R 20/R 40 from District of

**Defendant Information:**

Defendant Name   Gene Svirskiy   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name

Address   (City & State)  123 Spyglass Hill Drive, #123, Ashland, Massachusetts

Birth date (Yr only): 1981   SSN (last4#): 3604   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:**   Jeremy Sternberg   Address  Holland & Knight

**Bar Number**   10 St. James Avenue, 11th Floor
Boston, MA 02116

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese   Bar Number if applicable

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect:

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC §3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date**

☐ Already in Federal Custody as of   in   .
☐ Already in State Custody at   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:   on

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   16

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   December 16, 2014   Signature of AUSA:

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Gene Svirskiy _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. s. 1962(c) | Racketeering | 1 |
| Set 2 | 18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 3 | 18 U.S.C. s. 1341 | Mail Fraud | 32, 42, 47-56 |
| Set 4 | 21 U.S.C. s. 351(a)(2)(A), 331(a), and 333(a)(2) | Introduction of Adulterated Drugs into Interstate Commerce with Intent to Defraud and Mislead - Insanitary Conditions | 85 |
| Set 5 | 21 U.S.C. s. 352(a), 331(a), and 333(a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with the Intent to Defraud and Mislead - False and Misleading Labeling | 91 |
| Set 6 | 18 U.S.C. s. 2 | Aiding and Abetting | 85, 91 |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**      **Category No.** I      **Investigating Agency**   FDA/OCI, FBI, VA OIG, DCIS; *USPIS*

**City**   Framingham, MA      **Related Case Information:**    14CR 10363 —

**County**   Middlesex

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Christopher M. Leary      Juvenile:    ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:    ☐ Yes ☑ No

Alias Name _____

Address    (City & State) 63 Camelot Drive, Shrewsbury, Massachusetts

Birth date (Yr only): 1984   SSN (last4#): 2665   Sex M    Race: Caucasian    Nationality: USA

**Defense Counsel if known:**    Peter Ball      Address Sally & Fitch LLP

**Bar Number** _____    1 Beacon Street
   Boston, MA 02108

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese    Bar Number if applicable _____

**Interpreter:**    ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)    ☑ Yes ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

    ☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   11

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   December 16, 2014      Signature of AUSA: _(signature)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**       Christopher M. Leary _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. s. 1962(c) | Racketeering | 1 |
| Set 2   18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 3   18 U.S.C. s. 1341 | Mail Fraud | 33, 39-41, 43, 46 |
| Set 4   21 U.S.C. s. 351(a)(2)(A), 331(a), and 333(a)(2) | Introduction of Adultered Drugs into Interstate Commerce with Intent to Defraud and Mislead - Insanitary Conditions | 86 |
| Set 5   21 U.S.C. s. 352(a), 331(a), and 333(a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with intent to Defraud and Mislead - False and Misleading Labeling | 92, 94 |
| Set 6   18 U.S.C. s. 2 | Aiding and Abetting | 86, 92, 94 |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Search Warrant Case Number:**

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. __I__   Investigating Agency   FDA/OCI; FBI; VA OIG; DCIS; USPIS

**City**   Framingham, MA   **Related Case Information:**   14 C R 10363

**County**   Middlesex

Superseding Ind./ Inf. _____   Case No.   BoaL
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Sharon P. Carter   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  18 N. Mill Street, Hopkinton, Massachusetts

Birth date (Yr only): 1964   SSN (last4#): 1065   Sex F   Race: Caucasian   Nationality: USA

**Defense Counsel if known:**   Michael Pineault   Address   Clements & Pineault LLP

**Bar Number** _____   24 Federal Street, 3rd Floor
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese   Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ————   ☐ Misdemeanor ————   ☑ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   December 16, 2014   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**        Sharon P. Carter        _____

<b>U.S.C. Citations</b>

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 2  18 U.S.C. s. 371 | Conspiracy to Defraud the United States | 3 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. ___I___   **Investigating Agency** FDA/OCI, FBI, VA OIG, DCIS ; USPIS

**City**  Framingham, MA   **Related Case Information:**  14 CR 10363 - (Boal)

**County**  Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  see attached sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Scott M. Connolly   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  940 Quaker Lane, Apt. 1712, East Greenwich, Rhode Island

Birth date (Yr only): 1971  SSN (last4#): 0100  Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:**   Raymond Sayeg   Address Krattenmaker O'Connor & Ingber P.C.

**Bar Number** _____   One McKinley Square, Fifth Floor
Boston, MA 02109

**U.S. Attorney Information:**

**AUSA**  Amanda P.M. Strachan & George P. Varghese   Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony  12

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:  December 16, 2014   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Scott M. Connolly _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 U.S.C. s. 1962(c) | Racketeering | 1 |
| Set 2  18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 3  18 U.S.C. s. 1341 | Mail Fraud | 47-56 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

**Search Warrant Case Number:**

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No. __I__     **Investigating Agency** FDA/OCI, FBI, VA OIG, DCIS ;USPIS

**City**   Framingham, MA     **Related Case Information:**

14 CR 10363

**County**   Middlesex

Superseding Ind./ Inf. _____   Case No. _(Boa)_
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Joseph Matthew Evanosky     Juvenile:   ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ✓ No

Alias Name _____

Address    (City & State) 87 Pleasant Street, Westford, Massachusetts

Birth date (Yr only): 1972   SSN (last4#): 8971   Sex M    Race: Caucasian    Nationality: USA

**Defense Counsel if known:**   Mark Smith     Address Laredo & Smith, LLP

**Bar Number** _____

101 Federal Street, Suite 650
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese    Bar Number if applicable _____

**Interpreter:**   ☐ Yes ✓ No     List language and/or dialect: _____

**Victims:**   ✓ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ✓ Yes ☐ No

**Matter to be SEALED:**   ✓ Yes   ☐ No

✓ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ✓ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ✓ Felony __8__

Continue on Page 2 for Entry of U.S.C. Citations

✓   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   December 16, 2014     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk):

**Name of Defendant**      Joseph Matthew Evanosky

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. s. 1962(c) | Racketeering | 1 |
| Set 2   18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 3   18 U.S.C. s. 1341 | Mail Fraud | 34, 35, 37, 41 |
| Set 4   21 U.S.C. s. 351 (a)(2)(A), 331 (a), and 333(a)(2) | Introduction of Adultered Drugs into Interstate Commerce with Intent to Defraud and Mislead - Insanitary Conditions | 87, 88 |
| Set 5   18 U.S.C. s. 2 | Aiding and Abetting | 87, 88 |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FDA/OCI; FBI; VA OIG; DCIS; USPIS

**City**  Framingham, MA          **Related Case Information:**          14 CR 10363

**County**  Middlesex          Superseding Ind./ Inf. _____     Case No. _____  RGS

Same Defendant _____     New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number  see attached sheet

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Alla V. Stepanets          Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address     (City & State)  11 Arlene Drive, Framingham, Massachusetts

Birth date (Yr only):  1980   SSN (last4#):  6978   Sex  F     Race:  Caucasian     Nationality:  USA

**Defense Counsel if known:** _____          Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**  Amanda P.M. Strachan & George P. Varghese     Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**     ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____     ☐ Serving Sentence     ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____     on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony  9

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   December 16, 2014          Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Alla V. Stepanets _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 2  18 U.S.C. s. 371 | Conspiracy to Defraud the United States | 3 |
| Set 3  21 U.S.C. s. 353(b)(1), 331(a), and 333(a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead - No Prescriptions | 96-98, 101-103, 108 |
| Set 4  18 U.S.C. s. 2 | Aiding and Abetting | 96-98, 101-103, 108 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     **Category No.**  I     **Investigating Agency**  FDA/OCI; FBI; VA OIG; DCIS ; USPIS

**City**  Framingham, MA     **Related Case Information:**     14cR10363

**County**  Middlesex     Superseding Ind./ Inf. _____   Case No.  (Boat)
Same Defendant _____   New Defendant
Magistrate Judge Case Number _____
Search Warrant Case Number  see attached sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Gregory A. Conigliaro     Juvenile:     ☐ Yes  ✓ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ✓ No

Alias Name _____

Address     (City & State)  52 Sears Road, Southborough, Massachusetts

Birth date (Yr only): 1965   SSN (last4#): 2598   Sex M     Race: Caucasian     Nationality: USA

**Defense Counsel if known:**     Dan Rabinovitz     Address  Michaels, Ward & Rabinovitz LLP

**Bar Number** _____     One Beacon Street, 2nd Floor
Boston, MA 02108

**U.S. Attorney Information:**

**AUSA**  Amanda P.M. Strachan & George P. Varghese     Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ✓ No     List language and/or dialect: _____

**Victims:**     ✓ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ✓ Yes  ☐ No

**Matter to be SEALED:**     ✓ Yes   ☐ No

✓ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ✓ Indictment

**Total # of Counts:**     ☐ Petty _____   ☐ Misdemeanor _____   ✓ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

✓    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   December 16, 2014     Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Gregory A. Conigliaro _____

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| | Conspiracy to Defraud the United States | |
| Set 1   18 U.S.C. s. 371 | | 3 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

%JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  I          **Investigating Agency**  FDA/OCI; FBI; VA OIG; DCIS; **USPIS**

**City**   Framingham, MA          **Related Case Information:**

**County**   Middlesex          14CR10363-
          Superseding Ind./ Inf. _____   Case No.          (Boal)
          Same Defendant _____   New Defendant _____
          Magistrate Judge Case Number _____
          Search Warrant Case Number   see attached sheet
          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    Robert A. Ronzio          Juvenile:     ☐ Yes  ☑ No

          Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address    (City & State)  30 Nipmuc Trail, North Providence, Rhode Island

Birth date (Yr only): 1974   SSN (last4#): 5566   Sex M   Race: Caucasian   Nationality: USA

**Defense Counsel if known:**   Frank Libby          Address  LibbyHoopes, P.C.

**Bar Number** _____          399 Boylston Street
          Boston, MA 02116

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese          Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

   ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   December 16, 2014          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Robert A. Ronzio _____

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. s. 371 | Conspiracy to Defraud the United States | 3 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

## **Search Warrant Case Number:**

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**     Category No.   I          Investigating Agency   FDA/OCI, FBI, VA OIG; DCIS; USPIS

**City**   Framingham, MA          **Related Case Information:**   14 CR 10363 (Boal)

**County**   Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Carla R. Conigliaro          Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State) 15 Hale Drive, Dedham, Massachusetts

Birth date (Yr only): 1963   SSN (last4#): 2309   Sex F     Race: Caucasian     Nationality: USA

**Defense Counsel if known:**   David Meier          Address   Todd and Weld LLP

**Bar Number** _____

One Federal Street
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese          Bar Number if applicable _____

**Interpreter:**   ☐ Yes  ☑ No          List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____   in _____   .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony   22

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   December 16, 2014          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Carla R. Conigliaro

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. s. 401(3) | Criminal Contempt | 110-127 |
| Set 2 | 18 U.S.C. s. 371 | Conspiracy to Commit Structuring | 128 |
| Set 3 | 31 U.S.C. s. 5324(a) | Structuring | 129, 130, 131 |
| Set 4 | 18 U.S.C. s. 2 | Aiding and Abetting | 110-127, 129-131 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**<u>Search Warrant Case Number</u>:**

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**     **Category No.** I     **Investigating Agency** FDA/OCI, FBI, VA OIG, DCIS, USPIS

**City** Framingham, MA     **Related Case Information:** 14CR10363-BCA

**County** Middlesex     Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number    see attached sheet
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Douglas A. Conigliaro     Juvenile:     ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:     ☐ Yes  ☑ No

Alias Name _____

Address     (City & State)  15 Hale Drive, Dedham, Massachusetts

Birth date (Yr only): 1961   SSN (last4#): 4316   Sex M     Race: Caucasian     Nationality: USA

**Defense Counsel if known:**     David Meier     Address Todd and Weld LLP

**Bar Number** _____     One Federal Street
Boston, MA 02110

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese     Bar Number if applicable _____

**Interpreter:**     ☐ Yes  ☑ No     List language and/or dialect: _____

**Victims:**     ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)     ☑ Yes  ☐ No

**Matter to be SEALED:**     ☑ Yes  ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☐ Information     ☑ Indictment

**Total # of Counts:**     ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony   22

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date:   December 16, 2014     Signature of AUSA: _(signature)_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Douglas A. Conigliaro _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1   18 U.S.C. s. 401(3) | Criminal Contempt | 110-127 |
| Set 2   18 U.S.C. s. 371 | Conspiracy to Commit Structuring | 128 |
| Set 3   31 U.S.C. s. 5324(a) | Structuring | 129, 130, 131 |
| Set 4   18 U.S.C. s. 2 | Aiding and Abetting | 110-127, 129-131 |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

**<u>Search Warrant Case Number</u>:**

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB ——> .

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.** __I__          **Investigating Agency** FDA/OCI, FBI, VA OIG, DCIS, USPIS

**City** Framingham, MA          **Related Case Information:**    14 CR 10363

**County** Middlesex          Superseding Ind./ Inf. _____    Case No. (Boa1)
          Same Defendant _____ New Defendant _____
          Magistrate Judge Case Number _____
          Search Warrant Case Number   see attached sheet
          R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Barry J. Cadden                           Juvenile:          Yes  ✓ No

          Is this person an attorney and/or a member of any state/federal bar:          Yes  ✓ No

Alias Name _____

Address    (City & State)  13 Manchester Drive, Wrentham, Massachusetts

Birth date (Yr only): 1966  SSN (last4#): 2517   Sex M          Race: Caucasian          Nationality: USA

**Defense Counsel if known:**          Bruce Singal          Address  Donoghue Barrett & Singal

**Bar Number** _____                    One Beacon Street, Suite 1320
                                            Boston, MA 02108

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese          Bar Number if applicable _____

**Interpreter:**          Yes  ✓ No          List language and/or dialect: _____

**Victims:**          ✓ Yes  No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)          ✓ Yes  No

**Matter to be SEALED:**          ✓ Yes          No

          ✓ Warrant Requested          Regular Process          In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**          ☐ Complaint          ☐ Information          ✓ Indictment

**Total # of Counts:**          ☐ Petty _____ ☐ Misdemeanor _____ ✓ Felony  97

Continue on Page 2 for Entry of U.S.C. Citations

✓   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   December 16, 2014          Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Barry J. Cadden    _____

## U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1    18 U.S.C. s. 1962(c) | Racketeering | 1 |
| Set 2    18 U.S.C. s. 1962(d) | Racketeering Conspiracy | 2 |
| Set 3    18 U.S.C. s. 371 | Conspiracy to Defraud the United States | 3 |
| Set 4    18 U.S.C. s. 1341 | Mail Fraud | 4-56 |
| Set 5    21 U.S.C. s. 351(a)(2)(A), 331(a), and 333(a)(2) | Introduction of Adultered Drugs into Interstate Commerce with Intent to Defraud and Mislead - Insanitary Conditions | 57-90 |
| Set 6    21 U.S.C. s. 352(a), 331(a), and 333(a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with the Intent to Defraud and Mislead - False and Misleading Labeling | 91-94 |
| Set 7    21 U.S.C. s. 353(b)(1), 331(a), and 333(a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with the Intent to Defraud and Mislead - No Prescriptions | 95, 99, 100 |
| Set 8    18 U.S.C. s. 2 | Aiding and Abetting | 57-95, 99, 100 |
| Set 9    _____ | _____ | _____ |
| Set 10   _____ | _____ | _____ |
| Set 11   _____ | _____ | _____ |
| Set 12   _____ | _____ | _____ |
| Set 13   _____ | _____ | _____ |
| Set 14   _____ | _____ | _____ |
| Set 15   _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. _I_   **Investigating Agency** FDA/OCI, FBI, VA OIG, DCIS, USPIS

**City** __Framingham, MA__   **Related Case Information:**   14CR10363-

**County** __Middlesex__   Superseding Ind./ Inf. _____ Case No. Boal

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number __see attached sheet__

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Kathy S. Chin__   Juvenile:   ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ☑ No

Alias Name _____

Address __(City & State) 173 Mechanic Street, Canton, Massachusetts__

Birth date (Yr only): _1972_  SSN (last4#): _1551_  Sex _F_   Race: _Asian_   Nationality: _USA_

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Amanda P.M. Strachan & George P. Varghese__   Bar Number if applicable _____

**Interpreter:**   ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony _4_

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
accurately set forth above.

Date: __December 16, 2014__   Signature of AUSA: _____

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Kathy S. Chin    _____

**U.S.C. Citations**

|  | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. s. 353 (b)(1), 331 (a), and 333 (a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead - No Prescriptions | 104-107 |
| Set 2 | 18 U.S.C. s. 2 | Aiding and Abetting | 104-107 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## **Search Warrant Case Number:**

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB

%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**   Category No. __I__   **Investigating Agency**   FDA/OCI; FBI; VA OIG; DCIS; USPIS

**City**   Framingham, MA   **Related Case Information:**   $14CR10363$

**County**   Middlesex

Superseding Ind./ Inf. _____   Case No.
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   see attached sheet
R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Michelle L. Thomas   Juvenile:   ☐ Yes ✓ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes ✓ No

Alias Name   Michelle Caetano

Address   (City & State) 14 Royal Court, Cumberland, Rhode Island

Birth date (Yr only): 1983   SSN (last4#): 7015   Sex F   Race: Caucasian   Nationality: USA

**Defense Counsel if known:**   John Kiernan & Chris Jefford   Address Bonner Kiernan Trebach & Crociata LLP

**Bar Number** _____   200 Portland Street, 4th Floor
Boston, MA 02114

**U.S. Attorney Information:**

**AUSA**   Amanda P.M. Strachan & George P. Varghese   Bar Number if applicable _____

**Interpreter:**   ☐ Yes ✓ No   List language and/or dialect: _____

**Victims:**   ✓ Yes ☐ No If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ✓ Yes ☐ No

**Matter to be SEALED:**   ✓ Yes ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ✓ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ✓ Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

✓ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   December 16, 2014   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Michelle L. Thomas _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. s. 353(b)(1), 331(a), and 333(a)(2) | Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead - No Prescriptions | 108, 109 |
| Set 2 | 18 U.S.C. s. 2 | Aiding and Abetting | 108, 109 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013

## Search Warrant Case Number:

12-MJ-6221-LTS
12-MJ-6251-LTS
13-MJ-7106-JCB