UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> BARRY J. CADDEN et al., ) <br> ) <br> Defendants. ) <br> ) | **FILED UNDER SEAL** <br><br> CRIMINAL NO. <br><br> 14 CR 10363 <br> (BoaL) |

## GOVERNMENT'S MOTION TO SEAL AND UNSEAL
## AND TO HOLD TWO ARREST WARRANTS IN ABEYANCE

The United States respectfully moves this Court to seal this case until execution of the arrest warrants in this case. The United States further moves this Court to automatically unseal this case after the first arrest warrant has been executed.

The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

The United States further moves this Court to hold the arrest warrants for defendants Kathy S. Chin and Michelle L. Thomas in abeyance until 3:00 pm tomorrow to allow them time to self-surrender to the United States Marshals.

Respectfully submitted,

CARMEN M. ORTIZ
UNITED STATES ATTORNEY

By: /s/ Amanda P.M. Strachan
AMANDA P.M. STRACHAN
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Dated: December 16, 2014

*Allowed*
*/s/ Jack Kelley*
*12-16-14*