AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

*Defendant*

Case No. 14CR10363-(BoaL)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Barry J. Cadden, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached sheet.

UNITED STATES DISTRICT COURT MASSACHUSETTS

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

*Defendant*

Case No. 14CR10363 (Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph Matthew Evanosky ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Racketeering, in violation of Title 18, United States Code, Section 1962(c).
Racketeering Conspiracy, in violation of Title 18, United States Code, Section 1962(d).
Mail Fraud, in violation of Title 18, United States Code, Section 1341.
Introduction of Adulterated Drugs into Interstate Commerce with Intent to Defraud and Mislead - Insanitary Conditions, in violation of Title 21, United States Code, Sections 351(a)(2)(A), 331(a), and 333(a)(2).
Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* ______ , and the person was arrested on *(date)* ______ at *(city and state)* ______ |
| Date: ______ *Arresting officer's signature* |
| *Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

*Defendant*

Case No. 14CR10363 (Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Christopher M. Leary, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached sheet.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

Defendant

Case No. 14CR10363 - (Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Gene Svirskiy, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached sheet.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley

*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________ at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al
*Defendant*

Case No. 14CR10363 (Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sharon P. Carter ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Racketeering Conspiracy, in violation of Title 18, United States Code, Section 1962(d).
Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371.

Date: 12/16/2014

Page Kelley
*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ________ and the person was arrested on *(date)* ________
at *(city and state)* ________

Date: ________

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden
*Defendant*

Case No. 14CR10363-(Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Gregory A. Conigliaro ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ❒ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______ .

Date: ______

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

*Defendant*

Case No. 14 CR 10363 (Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Alla V. Stepanets, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Racketeering Conspiracy, in violation of Title 18, United States Code, Section 1962(d).
Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371.
Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead - No Prescriptions, in violation of Title 21, United States Code, Sections 353(b)(1), 331(a), and 333(a)(2).
Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

Date: 12/16/2014

Page Kelley
*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

UNITED STATES DISTRICT COURT MASSACHUSETTS

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______

Date: ______

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al
*Defendant*

Case No. 14 CR 10363-(Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Glenn A. Chin,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached sheet.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al
*Defendant*

Case No. 14CR10363 (Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Douglas A. Conigliaro, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Criminal Contempt, in violation of Title 18, United States Code, Section 401(3).
Conspiracy to Commit Structuring, in violation of Title 18, United States Code, Section 371.
Structuring, in violation of Title 31, United States Code, Section 5324(a).
Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ______ and the person was arrested on *(date)* ______
at *(city and state)* ______

Date: ______

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al
*Defendant*

Case No. 14CR10363 (BOAL)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Carla R. Conigliaro, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Criminal Contempt, in violation of Title 18, United States Code, Section 401(3).
Conspiracy to Commit Structuring, in violation of Title 18, United States Code, Section 371.
Structuring, in violation of Title 31, United States Code, Section 5324(a).
Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

Date: 12/16/2014

[signature] M. Page Kelley
*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

*Defendant*

Case No. 14CR10363 (Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Robert A. Ronzio, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

Defendant

Case No. 14CR10363-(Boal)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Scott M. Connolly, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Racketeering, in violation of Title 18, United States Code, Section 1962(c).
Racketeering Conspiracy, in violation of Title 18, United States Code, Section 1962(d).
Mail Fraud, in violation of Title 18, United States Code, Section 1341.

Date: 12/16/2014

Page Kelley
*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ______ , and the person was arrested on *(date)* ______
at *(city and state)* ______

Date: ______

*Arresting officer's signature*

*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al

*Defendant*

Case No. 14 CR 10363 (BoaL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Kathy S. Chin,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead - No Prescriptions, in violation of Title 21, United States Code, Sections 353(b)(1), 331(a), and 333(a)(2).
Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

Date: 12/16/2014

Page Kelley
*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

### Return

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
Barry J. Cadden, et. al
*Defendant*

Case No. 14CR10363-(BoaL)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michelle L. Thomas,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Introduction of Misbranded Drugs into Interstate Commerce with Intent to Defraud and Mislead - No Prescriptions, in violation of Title 21, United States Code, Sections 353(b)(1), 331(a), and 333(a)(2).
Aiding and Abetting, in violation of Title 18, United States Code, Section 2.

Date: 12/16/2014

*Issuing officer's signature*

City and state: Boston, Massachusetts

United States Magistrate Judge M. Page Kelley
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*