

U.S. Department of Justice

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

November 5, 2015

The Honorable Jennifer C. Boal
Chief Magistrate Judge
United States District Court for the District of Massachusetts
John J. Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re: United States v. Barry Cadden, et al., 14-cr-10363-RGS

Dear Chief Magistrate Judge Boal:

At the status conference this morning you asked for case citations in support of the government's position that a RICO conspiracy charged under Title 18, United States Code, Section 1962(d), does not require an overt act to be alleged in the indictment. We are writing now to provide our answer to the Court.

We direct the Court's attention to the language of the statute, which does not require the commission of an overt act to prove conspiracy under Section 1962(d). As the United States Supreme Court has stated, "[t]he RICO conspiracy statute, § 1962(d), broadened conspiracy by omitting the requirement of an overt act…." Salinas v. United States, 522 U.S. 52, 64 (1997); see also United States v. Angiulo, 847 F.2d 956, 964 (1st Cir. 1988) ("We now join with those circuits squarely holding that the commission of 'overt acts' is not required for a RICO conspiracy conviction."). We hope this clarifies our position, and we regret not being able to provide the Court with the citations at the hearing.

Sincerely,

CARMEN M. ORTIZ
United States Attorney

By:   /s/ George P. Varghese
      AMANDA P.M. STRACHAN
      GEORGE P. VARGHESE
      Assistant U.S. Attorneys

<u>Certificate of Service</u>

      I hereby certify that the foregoing documents filed through the ECF system will be sent electronically to counsel for the defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

|  |  |
|---|---|
|  | By: <u>/s/ George P. Varghese</u><br>GEORGE P. VARGHESE<br>Assistant United States Attorney |

Dated: November 5, 2015