# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) No. 14-CR-10363 (RGS)<br>) |
| (1) BARRY J. CADDEN,<br>(2) GLENN A. CHIN,<br>(3) GENE SVIRSKIY,<br>(4) CHRISTOPHER M. LEARY,<br>(5) JOSEPH M. EVANOSKY,<br>(6) SCOTT M. CONNOLLY,<br>(7) SHARON P. CARTER,<br>(8) ALLA V. STEPANETS,<br>(9) GREGORY A. CONIGLIARO,<br>(10) ROBERT A. RONZIO,<br>(11) KATHY S. CHIN,<br>(12) MICHELLE L. THOMAS,<br>(13) CARLA R. CONIGLIARO,<br>(14) DOUGLAS A. CONIGLIARO | ) **ORAL ARGUMENT REQUESTED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## DEFENDANTS' JOINT MOTION FOR SEVERANCE

Defendants Gene Svirskiy, Christopher Leary, Joseph Evanosky, Scott Connolly, Sharon Carter, Alla Stepanets, Robert Ronzio, and Michelle Thomas (collectively, "Defendants"), move this Court to sever their trial on the charges listed in the indictment (Dkt. 1), pursuant to Rule 14 of the Federal Rules of Criminal Procedure and this Court's inherent case management authority.

Specifically, for the reasons set forth in the accompanying memorandum, Defendants ask this Court to sever their trial from the trial of co-defendants Barry Cadden and Glenn Chin, or, in the alternative, sever the Count 1 second-degree murder racketeering acts from the trial of all remaining charges.

1

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on their Motion for Severance, under Local Rules 7.1(d) and 112.1.

DATED: November 11, 2015

Respectfully submitted,

| | |
|---|---|
| JOSEPH M. EVANOSKY | CHRISTOPHER M. LEARY |
| By his attorneys, | By his attorney, |
| /s/ Dana M. McSherry<br>Mark W. Pearlstein<br>BBO # 542064<br>Dana M. McSherry<br>BBO # 664430<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000<br>mpearlstein@mwe.com<br>dmcsherry@mwe.com | /s/ Paul V. Kelly<br>Paul V. Kelly BBO #267010<br>Jackson Lewis PC<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025<br>paul.kelly@jacksonlewis.com |
| GENE SVIRSKIY | SCOTT M. CONNOLLY |
| By his attorneys, | By his attorney, |
| /s/ Jeremy M. Sternberg<br>Jeremy M. Sternberg<br>BBO #556566<br>Christopher M. Iaquinto<br>BBO #685718<br>Holland & Knight<br>10 Saint James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 854-1476<br>jeremy.sternberg@hklaw.com<br>christopher.iaquinto@hklaw.com | /s/ Raymond Sayeg, Jr.<br>Raymond Sayeg, Jr.<br>BBO #555437<br>Krattenmaker O'Connor & Ingber<br>One McKinley Square<br>Boston, MA 02109<br>(617) 523-1010<br>rsayeg@koilaw.com |

| SHARON P. CARTER | ALLA V. STEPANETS |
|---|---|
| By her attorney, | By her attorney, |
| */s/ Michael J. Pineault* <br> Michael J. Pineault <br> BBO #555314 <br> Clements & Pineault LLP <br> 24 Federal Street <br> Boston, MA 02110 <br> (857) 445-0135 <br> mpineault@clementspineault.com | */s/ John H. Cunha, Jr.* <br> John H. Cunha, Jr. <br> BBO #108580 <br> Cunha & Holcomb, P.C. <br> 1 State Street, Suite 500 <br> Boston, MA 02109 <br> (617) 523-4300 <br> cunha@cunhaholcomb.com |
| ROBERT A. RONZIO | MICHELLE L. THOMAS |
| By his attorney, | By her attorney, |
| */s/ Peter C. Horstmann* <br> Peter C. Horstmann <br> BBO #556377 <br> Partridge, Ankner & Horstmann, LLP <br> 450 Lexington Street, Suite 101 <br> Newton, MA 02466 <br> (617) 723-1980 <br> pete@horstmannlaw.com | */s/ Michael C. Bourbeau* <br> Bourbeau and Bonilla, LLP <br> BBO #545908 <br> One Commercial Street <br> Unit One <br> Boston, MA 02109 <br> (617) 350-6565 <br> mike@lawgenie.com |

**CERTIFICATE PURSUANT TO L.R. 7.1 and 112.1**

I hereby certify that I conferred with Assistant United States Attorneys Amanda Strachan and George Varghese, by telephone on several occasions, in a good faith effort to resolve or narrow the issues raised by Defendants' Joint Motion For Severance pursuant to L.R. 7.1 and 112.1.

*/s/ Dana M. McSherry*
Dana M. McSherry

**CERTIFICATE OF SERVICE PURSUANT TO L.R. 5.2(b)**

  I, Dana M. McSherry, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 11, 2015.

            /s/ *Dana M. McSherry*
            Dana M. McSherry