UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | Criminal No.: 14-10363-RGS |
| v. | ) ) ) |  |
| BARRY J. CADDEN, et al. | ) ) |  |
| Defendants. | ) ) ) |  |

**MOTION OF DEFENDANTS BARRY J. CADDEN, GLENN A. CHIN, GENE SVIRSKIY, JOSEPH M. EVANOSKY, ALLA V. STEPANETS, MICHELLE L. THOMAS, CHRISTOPHER M. LEARY, SCOTT M. CONNOLLY, SHARON P. CARTER, AND ROBERT A. RONZIO TO DISMISS COUNTS 1, 2, AND 4-94 OF THE INDICTMENT BASED ON THE USE OF A PRIVATE INDUSTRY CODE (THE UNITED STATES PHARMACOPEIA) AS A STANDARD OF CRIMINAL CONDUCT**

The undersigned defendants hereby move to dismiss Counts 1, 2, and 4-94 of the indictment on grounds that these counts seek impermissibly to transform a private industry standard, the United States Pharmacopeia (USP), into a code of criminal conduct. The government's attempt to criminalize the USP fails on two grounds, as detailed in the Memorandum of Law accompanying this motion.

First, under our system of separation of powers, it is Congress, not a private industry group, that is supposed to enact federal statutes that define criminal conduct. U.S. Constitution, art. I, § 1. Neither Congress nor the Food and Drug Administration (FDA) has any control over these standards. Nor does Congress or the FDA provide any guidance or direction by statute or regulation to direct the U.S. Pharmaceutical Convention, the private industry group that publishes the USP. Under these circumstances, criminalizing USP violations constitutes an unlawful delegation to a private industry organization of the legislative power conferred on Congress, in violation of the separation of powers doctrine.

Second, as the predominant standard of criminal conduct cited in the indictment, the USP suffers as well from the constitutional infirmity of being void for vagueness. Defendants had no fair warning that violating the USP, or its chapter on compounding, could subject them to criminal punishment, let alone potentially life imprisonment for second degree murder (for defendants Cadden and G. Chin). Nor do these standards furnish an intelligible or comprehensible basis for giving such warning because the USP is confusing, conflicting, and in part advisory, rather than binding. The vague and often conflicting USP standards are an open invitation to the arbitrary law enforcement forbidden by the Constitution and embodied in this unprecedented indictment.

For these reasons, as spelled out further in the accompanying Memorandum, all counts that are grounded in the USP (Counts 1, 2 and 4-94) must be dismissed.

## REQUEST FOR ORAL ARGUMENT

Defendants respectfully request oral argument on their Motion to Dismiss Counts 1, 2, and 4-94 of the Indictment Based on the Use of a Private Industry Code (The United States Pharmacopeia) as a Standard of Criminal Conduct, under Local Rules 7.1(d) and 112.1.

Dated: November 13, 2015

Respectfully submitted,

BARRY J. CADDEN,
By his attorneys,

/s/ Bruce A. Singal
Bruce A. Singal (BBO #464420)
Michelle R. Peirce (BBO #557316)
DONOGHUE, BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
bsingal@dbslawfirm.com
mpeirce@dbslawfirm.com

GLENN A. CHIN,
By his attorneys,


/s/ Stephen J. Weymouth
Stephen J. Weymouth (BBO #523680)
LAW OFFICE OF STEPHEN WEYMOUTH
65a Atlantic Avenue, Suite 3
Boston, MA 02110
Telephone: (617) 573-9598
sweymouth@sweymouthlaw.com


GENE SVIRSKIY,
By his attorneys,


/s/ Jeremy Sternberg
Jeremy Sternberg (BBO #556566)
Chris Iaquinto (BBO #685718)
HOLLAND & KNIGHT
10 St. James Avenue, 11th Floor
Boston, MA 02116
Telephone: (617) 854-1476
jeremy.sternberg@hklaw.com
christopher.iaquinto@hklaw.com


JOSEPH M. EVANOSKY,
By his attorneys,


/s/ Mark Pearlstein
Mark Pearlstein (BBO #542064)
Dana McSherry (BBO #664430)
McDERMOTT, WILL & EMERY
28 State Street
Boston, MA 02109
Telephone: (617) 545-4000
mpearlstein@mwe.com
dmcsherry@mew.com

ALLA V. STEPANETS,
By her attorneys,


_/s/ John Cunha, Jr._
John Cunha, Jr. (BBO #108580)
Helen Holcomb (BBO #547538)
CUNHA & HOLCOMB, PC
One State Street, Suite 500
Boston, MA 02109
Telephone: (617) 523-4350
cunha@cunhaholcomb.com



MICHELLE L. THOMAS,
By her attorneys,


_/s/ Michael C. Bourbeau_
Michael C. Bourbeau (BBO #545908)
CUNHA & HOLCOMB, PC
One Commercial Street, Unit One
Boston, MA 02109
Telephone: (617) 350-6565
mike@lawgenie.com



CHRISTOPHER M. LEARY,
By his attorneys,


_/s/ Paul Kelly_
Paul Kelly (BBO #267010)
JACKSON LEWIS PC
75 Park Plaza, 4th Floor
Boston, MA 02116
Telephone: (617) 367-0025
paul.kelly@jacksonlewis.com

SCOTT M. CONNOLLY,
By his attorneys,


*/s/   Raymond Sayeg, Jr.*
Raymond Sayeg, Jr. (BBO # 555437)
KRATTENMAKER O'CONNOR & INGBER P.C.
One McKinley Square, Fifth Floor
Boston, MA 02109
Telephone: (617) 523-4010
rsayeg@koilaw.com


SHARON P. CARTER,
By her attorneys,



*/s/   Michael Pineault*
Michael Pineault (BBO #555314)
CLEMENTS & PINEAULT, LLP
23 Federal Street
Boston, MA 02108
Telephone: (857) 445-0133
mpineault@clementspineault.com


ROBERT A. RONZIO,
By her attorneys,


*/s/   Peter C. Horstmann*
Peter C. Horstman (BBO #556377)
PATRIDGE, ANKNER & HORSTMANN, LLP
450 Lexington Street, Suite 101
Newton, MA 024666
Telephone: (617) 723-1980
pete@horstmannlaw.com

## CERTIFICATE PURSUANT TO L.R. 7.1 and 112.1

I hereby certify that I conferred with Assistant United States Attorneys Amanda Strachan and George Varghese, by telephone on November 13, 2015, in a good faith effort to resolve or narrow the issues raised by Defendants' Motion to Dismiss Counts 1, 2, and 4-94 of the Indictment Based on the Use of a Private Industry Code (The United States Pharmacopeia) as a Standard of Criminal Conduct pursuant to L.R. 7.1 and 112.1.

/s/ Bruce A. Singal
Bruce A. Singal

## CERTIFICATE OF SERVICE

I, Bruce A. Singal, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 13, 2015.

/s/ Bruce A. Singal
Bruce A. Singal