UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BARRY J. CADDEN, et al. <br><br> Defendants. | Criminal No.: 14-cr-10363-RGS |

## DEFENDANT BARRY J. CADDEN'S MOTION FOR HEARING INTO POSSIBLE GOVERNMENT MISCONDUCT, AND FOR MODIFICATION OF BAIL

Defendant Barry J. Cadden, joined by the defendants listed below,[1] respectfully files this motion for relief arising from the possibility of government leaks and misconduct, and more particularly:

1. The presence of news cameras at Mr. Cadden's home, and that of certain other defendants, before 6:00 a.m. to record their arrests; arrests that were made pursuant to sealed arrest warrants and a sealed indictment;

2. The government's unwarranted seeking of an order to seal Mr. Cadden's arrest warrant, and the indictment charging him, when they knew or should have known he was no risk to flee;

3. The possibility that the government may have violated the sealing order that it had obtained;

---

[1] The following defendants join in this motion, other than the request for relief that is specific to Mr. Cadden: Glenn A. Chin, Christopher M. Leary, Alla V. Stepanets, Robert A. Ronzio, and Scott M. Connolly.

4. Efforts by the government to contaminate the jury pool by inflammatory and extraneous press releases and communications with the media; and

5. A bail condition of home confinement with ankle bracelet that is excessive, unnecessary, and inappropriate.

For these reasons, and those spelled out in greater detail in the accompanying Memorandum of Law filed herewith, the defendant Barry Cadden respectfully moves as follows:

1. For an evidentiary hearing to determine the circumstances under which media representatives knew of an impending arrest at a time when the government had successfully moved for an order sealing both Mr. Cadden's arrest warrant, and the indictment sealing him;

2. Why the government sought the sealing order when it had no reason to suspect Mr. Cadden was a risk of flight, and in fact had good reason to believe he was not such a risk;

3. An order that the government cease issuing inflammatory press releases and other communications to the media which prejudice Mr. Cadden's right to a fair trial; and

4. Modification of his bail conditions so as to eliminate the unnecessary requirements of home confinement and an ankle bracelet.

## REQUEST FOR ORAL ARGUMENT

Mr. Cadden respectfully requests oral argument on his Motion for Hearing into Possible Government Misconduct, and for Modification of Bail pursuant to Local Rules 7.1(d) and 112.1.

Dated: November 13, 2015         Respectfully submitted,

BARRY J. CADDEN,
By his attorneys,


/s/ Bruce A. Singal
Bruce A. Singal (BBO# 464420)
Michelle R. Peirce (BBO# 557316)
DONOGHUE, BARRETT & SINGAL, PC
One Beacon Street – Suite 1320
Boston, MA 02108
Telephone: (617) 720-5090
bsingal@dbslawfirm.com
mpeirce@dbslawfirm.com


**CERTIFICATE PURSUANT TO L.R. 7.1 and 112.1**

I hereby certify that I conferred with Assistant United States Attorneys Amanda Strachan and George Varghese, by telephone on November 13, 2015, in a good faith effort to resolve or narrow the issues raised pursuant to L.R. 7.1 and 112.1.


/s/ Bruce A. Singal
Bruce A. Singal


**CERTIFICATE OF SERVICE**

I, Bruce A. Singal, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on November 13, 2015.

/s/ Bruce A. Singal
Bruce A. Singal