# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ) <br> (1) BARRY J. CADDEN, ) <br> (2) GLENN A. CHIN, ) <br> (3) GENE SVIRSKIY, ) <br> (4) CHRISTOPHER M. LEARY, ) <br> (5) JOSEPH M. EVANOSKY, ) <br> (6) SCOTT M. CONNOLLY, ) <br> (7) SHARON P. CARTER, ) <br> (8) ALLA V. STEPANETS, ) <br> (9) GREGORY A. CONIGLIARO, ) <br> (10) ROBERT A. RONZIO, ) <br> (11) KATHY S. CHIN, ) <br> (12) MICHELLE L. THOMAS, ) <br> (13) CARLA R. CONIGLIARO, ) <br> (14) DOUGLAS A. CONIGLIARO ) <br> ) <br> ) <br> Defendants. ) <br> ) | No. 14-CR-10363-RGS <br><br> **ORAL ARGUMENT REQUESTED** |

## DEFENDANTS' JOINT MOTION FOR AN EXTENSION OF TIME FOR FILING FURTHER DISCOVERY AND DISPOSITIVE MOTIONS

Defendants, Barry J. Cadden, Glenn A. Chin, Gene Svirskiy, Christopher M. Leary, Joseph M. Evanosky, Scott M. Connolly, Sharon P. Carter, Alla V. Stepanets, Robert A. Ronzio, Kathy S. Chin, Michelle L. Thomas, Carla R. Conigliaro, and Douglas A. Conigliaro (collectively, "defendants"), move this Court for leave to file for an extension of time, if needed, for the filing of further dispositive and discovery motions after the current deadlines expire.

As grounds wherefore, defendants state that while they have been diligent in reviewing

the produced discovery, they have not yet fully reviewed even the limited set of documents identified by search criteria.  Additionally, the government revealed at the most recent status conference on November 5, 2015, that it has yet to complete its own review of the massive amounts of discovery herein, despite having investigated these documents over the last three (3) years.  The government further revealed that is has another 600,000 emails, already identified by the government as relevant, under review by its taint team for privilege filtering, with this additional email correspondence to be produced on a rolling basis through December 10, 2015, per Court Order.

The current deadline for dispositive motions is today, Friday, November 13, 2015.[1]  The Court's most recent Order, dated November 10, 2015, directs the filing of discovery motions by December 3, 2015, yet allows the government until December 10, 2015 to complete its privilege review.  Clearly, counsel cannot predict what further dispositive issues will arise based on the substantial volumes of materials not yet received, or what discovery issues will be presented by the substantial volumes to be produced immediately prior to, or after, the discovery motion deadline with no meaningful opportunity to review until after that deadline expires.  The requested leave to file further dispositive and/or discovery motions, if needed, is appropriate, necessary and in the interests of justice.

### **REQUEST FOR ORAL ARGUMENT**

Defendants respectfully request oral argument on this motion, pursuant to Local Rules 7.1(d) and 112.1.

---

[1] The defendants are filing multiple dispositive motions today based on their review to date of the materials produced so far.

|  |  |
|---|---|
|  | Respectfully Submitted, |
| BARRY J. CADDEN | GLENN A. CHIN |
| By his attorneys, | By his attorney, |
| /s/ Bruce A. Singal<br>Bruce A. Singal<br>BBO #464420<br>Michelle R. Peirce<br>BBO#557316<br>Callan G. Stein<br>Donoghue Barrett & Singal<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>(617) 720-5090<br>bsingal@dbslawfirm.com<br>mpeirce@dbslawfirm.com<br>cstein@dbslawfirm.com | /s/ Stephen J. Weymouth<br>Stephen J. Weymouth<br>BBO #523680<br>Weymouth Law<br>65a Atlantic Avenue<br>Boston, MA 02110<br>(617) 573-9598<br>sweymouth@sweymouthlaw.com |
| GENE SVIRSKIY | CHRISTOPHER M. LEARY |
| By his attorney, | By his attorney, |
| /s/ Jeremy M. Sternberg<br>Jeremy M. Sternberg<br>BBO #556566<br>Christopher M. Iaquinto<br>Holland & Knight<br>10 Saint James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 854-1476<br>jeremy.sternberg@hklaw.com<br>chistopher.iaquinto@hklaw.com | /s/ Paul V. Kelly<br>Paul V. Kelly<br>BBO #26710<br>Jackson Lewis PC<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025<br>paul.kelly@jacksonlewis.com |

| | |
|---|---|
| JOSEPH M. EVANOSKY | SCOTT M. CONNOLY |
| By his attorneys, | By his attorney, |
| /s/ Mark W. Pearlstein<br>Mark W. Pearlstein<br>BBO # 542064<br>Dana M. McSherry<br>BBO # 664430<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000<br>mpearlstein@mwe.com<br>dmcsherry@mwe.com | /s/ Raymond Sayeg, Jr.<br>Raymond Sayeg, Jr.<br>BBO # 555437<br>Krattenmaker O'Connor & Ingber<br>One McKinley Square<br>Boston, MA 02109<br>(617) 523-1010<br>rsayeg@koilaw.com |
| SHARON P. CARTER | ALLA V. STEPANETS |
| By her attorney, | By her attorney, |
| /s/ Michael J. Pineault<br>Michael J. Pineault<br>BBO #555314<br>Clements & Pineault LLP<br>24 Federal Street<br>Boston, MA 02110<br>(857) 445-0135<br>mpineault@clementspineault.com | /s/ John H. Cunha Jr.<br>John H. Cunha Jr.<br>B.B.O. No. 108580<br>CUNHA & HOLCOMB, P.C.<br>One State Street, Suite 500<br>Boston, MA 02109-3507<br>(617) 523-4300<br>cunha@cunhaholcomb.com |
| ROBERT A. RONZIO | KATHY S. CHIN |
| By his attorney, | By her attorney, |
| /s/ Peter C. Horstmann<br>Peter C. Horstmann<br>BBO #556377<br>Partridge, Ankner & Horstmann, LLP<br>450 Lexington Street, Suite 101<br>Newton, MA 02466<br>(617) 723-1980<br>pete@horstmannlaw.com | /s/ Joan M. Griffin<br>Joan M. Griffin<br>BBO #549522<br>P.O. Boston 133<br>Dublin, NH 03444<br>(617) 283-0954<br>griffin@lawjmg.com |

| MICHELLE L. THOMAS | CARLA R. CONIGLIARO |
|---|---|
| By her attorney, | By her attorneys, |
| /s/ Michael C. Bourbeau<br>Michael C. Bourbeau<br>BBO # 545908<br>Bourbeau & Bonilla LLP<br>236 Commercial Street, Unit 1<br>Boston, MA 02110<br>mike@lawgenie.com | /s/ David E. Meier<br>David E. Meier<br>BBO #341710<br>Melinda L. Thompson<br>BBO #651265<br>Todd & Weld LLP<br>One Federal Street<br>Boston, MA 02110<br>dmeier@toddweld.com<br>mthompson@toddweld.com |

DOUGLAS A. CONIGLIARO

By his attorneys,

/s/ David E. Meier
David E. Meier
BBO #341710
Melinda L. Thompson
BBO #651265
Todd & Weld LLP
One Federal Street
Boston, MA 02110
dmeier@toddweld.com
mthompson@toddweld.com

Date: November 13, 2015

## CERTIFICATE PURSUANT TO L.R. 7.1 AND 112.1

I certify that I conferred with Assistant United States Attorneys Amanda Strachan and George Varghese, by telephone, on this date, November 13, 2015, in a good faith effort to resolve or narrow the issues raised by the foregoing pleading, pursuant to Local Rules 7.1 and 112.1.

/s/ John H. Cunha, Jr.
John H. Cunha, Jr.

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing pleading was filed on November 13, 2015, via the ECF system, and was sent electronically on that date to the parties' counsel of record.

                                                    /s/ John H. Cunha Jr.
                                                    John H. Cunha Jr.