UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>STANDING ORDER RE: ELECTRONIC FILING
IN CASES FILED BEFORE STEARNS, D.J.</u>

May 19, 2008

STEARNS, D.J.

Litigants must comply with the District Court's rules and procedures for Electronic Case Filing.  In addition, parties will submit paper courtesy copies of electronic documents relating to <u>Markman</u> filings, discovery disputes, or dispositive motions, oppositions, replies or sur-replies (including all affidavits and exhibits) that exceed twenty pages in length.  The courtesy copy shall be stamped "Courtesy Copy for the Court: DO NOT SCAN."

The term "dispositive motion" means a motion to dismiss, a motion for summary judgment, a motion to suppress, a motion for preliminary relief, a motion for judgment as a matter of law, and a motion in limine.  The term "discovery motion" includes motions to compel and motions for protective orders.

SO ORDERED.

s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE