UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Court No.: 14-cr-10363-RGS |
| v. | ) ) |  |
| BARRY J. CADDEN, et al. | ) ) |  |
| Defendants. | ) ) |  |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated February 26, 2015, and Local Rule 116.5(b), the United States of America and the defendants, Barry J. Cadden, Glenn A. Chin, Gene Svirskiy, Christopher M. Leary, Joseph M. Evanosky, Scott M. Connolly, Sharon P. Carter, Alla V. Stepanets, Gregory A. Conigliaro, Robert A. Ronzio, Kathy S. Chin, Michelle L. Thomas, Carla R. Conigliaro, and Douglas A. Conigliaro, by their undersigned counsel, respectfully submit the following Joint Status Report regarding the above-captioned matter.

**1.    The Status of Automatic Discovery and any Pending Discovery Requests**

The United States produced automatic discovery on January 14, 2015, and made additional discovery productions on February 12, 2015, March 25, 2015, May 12, 2015, June 23, 2015, November 4, 2015, and November 10, 2015. The United States' discovery productions totaled approximately 8.9 million pages. The United States throughout has requested reciprocal discovery from the defendants pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and Local Rule 116.1(d).

On September 20, 2015, Judge Stearns issued his order on the defendants' objections to the Court's July 13, 2015, ruling on the defendants' discovery motion. In that ruling, Judge

Stearns ordered the government to provide the defendants with three items: (1) the search terms used to execute its search warrants on NECC's and MSM's servers; (2) the Bates numbers of all exhibits not already identified in witness interview reports; and (3) a preliminary exhibit list. Pursuant to that Order, the government provided the defendants with the search terms on October 9, 2015, and the Bates numbers for the exhibits on October 30, 2015. The government will provide a preliminary exhibit list to the defendants pursuant to the order on or before November 30, 2015.

On November 3, 2015, several defendants filed a second motion to compel discovery. The government filed its opposition to that motion on November 17, 2015.

On November 10, 2015, this Court entered a Scheduling Order regarding discovery. The Court ordered that any further discovery motions must be filed no later than December 3, 2015, that the government must complete its taint team review of potentially privileged emails no later than December 10, 2015, that the government shall make rolling productions of e-mails as they are released by the taint team, and that the government shall exert its best efforts to make those productions so as to facilitate an expeditious processing and hosting of the materials in any web-based database that defendants are using.

On November 13, 2015, several defendants filed a motion for extension of time to file further dispositive and discovery motions. On November 16, 2015, Judge Stearns issued an order stating that the Court will entertain supplemental dispositive motions filed after the November 13, 2015, deadline and discovery motions after the December 3, 2015, deadline only if the motions are based on newly-acquired information contained in the subsequently produced documents, and that any supplemental motion must be filed within fourteen days of receipt of the government-produced documents.

## 2. The Timing of any Additional Discovery to be Produced

The United States is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure. Accordingly, the United States will make additional discovery productions as newly discoverable evidence or material is identified.

## 3. The Timing of any Additional Discovery Requests

On September 15, 2015, several of the defendants filed a Consolidated Motion for Bill of Particulars, and the government filed its opposition on September 29, 2015. The Court issued an order denying the motion on November 10, 2015. On November 24, 2015, the defendants filed a motion for partial reconsideration of the Court's order denying the motion. Also, on November 24, 2015, defendants Sharon Carter and Alla Stepanets appealed a portion of the Court's order denying the motion to Judge Stearns. The government's oppositions to the motion for partial reconsideration and the appeal to Judge Stearns are due on December 8, 2015.

On October 19, 2015, defendants Carla and Douglas Conigliaro requested a bill of particulars seeking information with respect to the counts in which they are charged. The government's response to this request is due on December 3, 2015.

On October 30, 2015, and November 5, 2015, the defendants requested that the government provide information concerning the electronic media in its possession and its execution of the search warrant on that media. On November 16, 2015, the government responded and provided the requested information. In its response, the government offered to provide the defendants with (1) copies of the original electronic media (in whole or in part), (2) the processed electronic media prior to any search, or (3) the 623,000 uncleared potentially

privileged set of emails (those that hit on search terms and potentially privileged terms). The defendants have not yet responded to this offer. Defendant Cadden proposes a fourth alternative, which is that a third party run Cadden's additional search terms against the government's collection, with the confidentiality of those terms strictly protected against disclosure to the investigative team.

**4.     Whether any Protective Orders Addressing the Disclosure or Dissemination of Sensitive Information Concerning Victims, Witnesses, Defendants, or Law Enforcement Sources or Techniques May be Appropriate**

On April 17, 2015, the Court issued an Amended Protective Order. The Amended Protective Order requires the government, as the producing party, to designate materials within its discovery productions as "confidential discovery materials" subject to the Amended Protective Order. Since the Court entered its Amended Protective Order, the government has made multiple notifications to the defendants of materials within its discovery productions that it had designated as confidential discovery materials. On November 10, 2015, the Court ordered that the government complete its designation of confidential materials under the Court's Amended Protective Order no later than January 8, 2016.

**5.     The Status of any Pretrial Motions Under Fed. R. Crim P. 12(b) and 14**

Defendant Kathy Chin filed a motion to sever on September 14, 2015, and the government filed its opposition on September 28, 2015. The Court has not yet ruled on the motion.

Defendants Douglas and Carla Conigliaro filed an assented-to motion to sever on October 20, 2015, and the Court granted that motion on October 21, 2015.

On November 11, 2015, defendants Gene Svirskiy, Christopher Leary, Joseph Evanosky, Scott Connolly, Sharon Carter, Robert Ronzio, Alla Stepanets, and Michelle Thomas filed a motion to sever. The government filed its response to that motion on November 25, 2015.

Defendants Kathy Chin and Michelle Thomas filed a motion to dismiss the charges against them on October 21, 2015, and the government filed its opposition on November 4, 2015. Defendants Kathy Chin and Michelle Thomas filed a reply, having been granted leave to do so, on November 17, 2015.

All of the additional defendants filed motions to dismiss on November 13, 2015, the deadline set by the Court for filing dispositive motions. By order of the Court, the government's responses to those motions are due on December 4, 2015. In addition, on November 13, 2015, defendant Barry Cadden filed a motion, which several defendants joined, for a hearing into possible government misconduct, and for modification of bail. The government's response to that motion is due on November 27, 2015.

**6.     The Timing of Expert Witness Disclosures**

Judge Stearns has ordered the parties to produce expert witness disclosures by March 28, 2016. The defendants requested in their second motion to compel discovery that the government be ordered to make expert disclosures by January 15, 2016, and that the defendants be ordered to make their expert disclosures by March 15, 2016. In its opposition to the defendants' motion to compel, the government proposed that the Court order that the government make its expert disclosures by February 15, 2016, and that the defendants make their expert disclosures by March 1, 2016.

**7.     Defenses of Insanity, Public Authority, or Alibi**

The defendants hereby reserve their right to notify the government at a later date of any defenses, after they have had sufficient time to review all of the relevant discovery, including discovery that has not been produced.

**8.     Periods of Excludable Delay Under the Speedy Trial Act**

On March 10, 2015, and July 6, 2015, the Court ordered that the period from February 26, 2015 (the date of the initial status conference), until January 7, 2016 (the date of the final status conference), be excluded from the Speedy Trial Act computation in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii).

**9.     The Status of any Plea Discussions and Likelihood and Estimated Length of Trial**

The parties have nothing to report at this time with respect to plea discussions. The government estimates that the presentation of its evidence at trial will take three to four months.

**10.    The Timing of the Final Status Conference or any Further Interim Status Conference**

A final status conference has been scheduled for January 7, 2016. Judge Stearns has scheduled an Interim Pretrial Conference for December 16, 2015.

| | Respectfully submitted, |
|---|---|
| BARRY J. CADDEN | CARMEN M. ORTIZ<br>United States Attorney |
| By his attorneys, | By: |
| /s/ Bruce A. Singal<br>Bruce A. Singal<br>BBO #464420<br>Michelle R. Peirce<br>BBO #557316<br>Callan G. Stein<br>Donoghue Barrett & Singal<br>One Beacon Street, Suite 1320<br>Boston, MA 02108<br>(617) 720-5090<br>bsingal@dbslawfirm.com<br>mpeirce@dbslawfirm.com<br>cstein@dbslawfirm.com | /s/ Amanda P.M. Strachan<br>Amanda P.M. Strachan<br>BBO #641108<br>George P. Varghese<br>Assistant United States Attorneys<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3100<br>amanda.strachan@usdoj.gov<br>george.varghese@usdoj.gov |
| GLENN A. CHIN | GENE SVIRSKIY |
| By his attorney, | By his attorney, |
| /s/ Stephen J. Weymouth<br>Stephen J. Weymouth<br>BBO #523680<br>Weymouth Law<br>65a Atlantic Avenue<br>Boston, MA 02110<br>(617) 573-9598<br>sweymouth@sweymouthlaw.com | /s/ Jeremy M. Sternberg<br>Jeremy M. Sternberg<br>BBO #556566<br>Christopher M. Iaquinto<br>BBO #685718<br>Holland & Knight<br>10 Saint James Avenue, 11th Floor<br>Boston, MA 02116<br>(617) 854-1476<br>jeremy.sternberg@hklaw.com<br>christopher.iaquinto@hklaw.com |

| CHRISTOPHER M. LEARY | JOSEPH M. EVANOSKY |
|---|---|
| By his attorney, | By his attorneys, |
| /s/ Paul V. Kelly<br>Paul V. Kelly<br>BBO #267010<br>Jackson Lewis PC<br>75 Park Plaza, 4th Floor<br>Boston, MA 02116<br>(617) 367-0025<br>paul.kelly@jacksonlewis.com | /s/ Mark W. Pearlstein<br>Mark W. Pearlstein<br>BBO # 542064<br>Dana M. McSherry<br>BBO # 664430<br>McDermott Will & Emery<br>28 State Street<br>Boston, MA 02109<br>(617) 535-4000<br>mpearlstein@mwe.com<br>dmcsherry@mwe.com |
| SCOTT M. CONNOLLY | SHARON P. CARTER |
| By his attorney, | By her attorney, |
| /s/ Raymond Sayeg, Jr.<br>Raymond Sayeg, Jr.<br>BBO #555437<br>Krattenmaker O'Connor & Ingber<br>One McKinley Square<br>Boston, MA 02109<br>(617) 523-1010<br>rsayeg@koilaw.com | /s/ Michael J. Pineault<br>Michael J. Pineault<br>BBO #555314<br>Clements & Pineault LLP<br>24 Federal Street<br>Boston, MA 02110<br>(857) 445-0135<br>mpineault@clementspineault.com |
| ALLA V. STEPANETS | GREGORY A. CONIGLIARO |
| By her attorney, | By his attorneys, |
| /s/ John H. Cunha, Jr.<br>John H. Cunha, Jr.<br>BBO #108580<br>Cunha & Holcomb, P.C.<br>1 State Street, Suite 500<br>Boston, MA 02109<br>(617) 523-4300<br>cunha@cunhaholcomb.com | /s/ Daniel M. Rabinovitz<br>Daniel M. Rabinovitz<br>BBO #558419<br>John K. Wells<br>BBO #747818<br>Greenberg Traurig<br>One International Place<br>Boston, MA 02110<br>(617) 310-6008<br>rabinovitzd@gtlaw.com<br>wellsj@gtlaw.com |

ROBERT A. RONZIO

By his attorney,

/s/ Peter C. Horstmann
Peter C. Horstmann
BBO #556377
Partridge, Ankner & Horstmann, LLP
450 Lexington Street, Suite 101
Newton, MA 02466
(617) 723-1980
pete@horstmannlaw.com

KATHY S. CHIN

By her attorney,

/s/ Joan M. Griffin
Joan M. Griffin
BBO #549522
P.O. Boston 133
Dublin, NH 03444
(617) 283-0954
griffin@lawjmg.com

MICHELLE L. THOMAS

By her attorney,

/s/ Michael C. Bourbeau
Michael C. Bourbeau
BBO #545908
Bourbeau & Bonilla LLP
80 Washington Street, Building K
Norwell, MA 02061
mike@lawgenie.com

CARLA R. CONIGLIARO

By her attorneys,

/s/ David E. Meier
David E. Meier
BBO #341710
Melinda L. Thompson
BBO #651265
Todd & Weld LLP
One Federal Street
Boston, MA 02110
dmeier@toddweld.com
mthompson@toddweld.com

DOUGLAS A. CONIGLIARO

By his attorneys,

/s/ David E. Meier
David E. Meier
BBO #341710
Melinda L. Thompson
BBO #651265
Todd & Weld LLP
One Federal Street
Boston, MA 02110
dmeier@toddweld.com
mthompson@toddweld.com

Dated: November 27, 2015

CERTIFICATE OF SERVICE

       I hereby certify that the foregoing document filed through the ECF system will be sent electronically to counsel for the defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

                                            /s/ Amanda P.M. Strachan
                                            Amanda P.M. Strachan
                                            Assistant U.S. Attorney

Dated: November 27, 2015