UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Court No.: 14-cr-10363-RGS |
| BARRY J. CADDEN, et al. | ) ) ) | |
| Defendants. | ) ) | |

## **DEFENDANTS' MOTION FOR CJA FUNDS FOR TRANSCRIPT**

Defendants Glenn A. Chin, Christopher M. Leary, Scott M. Connolly, Alla V. Stepanets, Robert A. Ronzio, Kathy S. Chin and Michelle L. Thomas, through court-appointed CJA counsel, move for authorization of funds to obtain a transcript of the Court hearing held before Judge Stearns on December 16, 2015. In support of this motion, the Defendants state that a transcript of the December 16, 2015 proceedings is necessary for the Defendants and CJA counsel to continue to prepare for pretrial proceedings and the trial which is currently scheduled to begin in April 2016.

Accordingly, the Defendants and CJA counsel respectfully request that the Court grant this motion and authorize the funds necessary for the court reporter to prepare and deliver to CJA counsel a transcript of the December 16, 2015 proceedings.

Dated: December 21, 2015                    Respectfully submitted,


                                            CHRISTOPHER LEARY,
                                            By his attorneys,

                                            */s/    Paul Kelly*
                                            Paul Kelly
                                            Sarah Walsh
                                            JACKSON LEWIS PC
                                            75 Park Plaza, 4th Floor
                                            Boston, MA 02116
                                            Telephone: (617) 367-0025

                                            GLENN CHIN,
                                            By his attorneys,

                                            */s/    Stephen Weymouth*
                                            Stephen Weymouth
                                            LAW OFFICE OF STEPHEN WEYMOUTH
                                            65a Atlantic Avenue, Suite 3
                                            Boston, MA 02110
                                            Telephone: (617) 573-9598

                                            KATHY CHIN,
                                            By her attorneys,

                                            */s/    Joan Griffin*
                                            Joan Griffin
                                            P.O. Box 133
                                            Dublin, NH 03444
                                            Telephone: (617) 283-0954

                                            SCOTT CONNOLLY,
                                            By his attorneys,

                                            */s/    Raymond Sayeg, Jr.*
                                            Raymond Sayeg, Jr.
                                            KRATTENMAKER O'CONNOR & INGBER P.C.
                                            One McKinley Square
                                            Fifth Floor
                                            Boston, MA 02109
                                            Telephone: (617) 523-4010

ROBERT RONZIO,
By his attorneys,

*/s/    Peter Horstmann*
Peter Horstmann
LAW OFFICES OF PETER CHARLES HORSTMANN
450 Lexington Street
Suite 101
Auburndale, MA 02466
Telephone:  (617) 723-1980


ALLA STEPANETS
By her attorneys,

*/s/    John Cunha, Jr.*
John Cunha, Jr.
Helen Holcomb, BBO #547538
CUNHA & HOLCOMB, PC
One State Street
Suite 500
Boston, MA 02109
Telephone:  (617) 523-4350

MICHELLE THOMAS
By her attorneys,

*/s/    Michael Bourbeau*
Michael Bourbeau
BOURBEAU AND BONILLA, LLP
236 Commercial Street, Unit One
Boston, MA 02109
Telephone:  (617) 350-6565

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-participants on December 21, 2015.

                                          */s/ Paul V. Kelly*
                                          Paul V. Kelly

4850-8923-3964, v. 1